OFFICE COPY

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendant Merrill Lynch & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OPERATIVE PLASTERERS & CEMENT         :
MASONS LOCAL 262 PENSION AND          :
ANNUITY FUNDS, Derivatively On Behalf of :
Nominal Defendant MERRILL LYNCH &     :
CO., INC.,                            :   07 CV _____
                                      :
            Plaintiff,                :
                                      :
      vs.                             :
                                      :
E. STANLEY O'NEAL, AHMASS L.          :
FAKAHANY, GREGORY J. FLEMING,         :
JEFFREY N. EDWARDS, CAROL T.          :   RULE 7.1 STATEMENT
CHRIST, ARMANDO D. CODINA, VIRGIS     :
W. COLBERT, ALBERTO CRIBIORE, JOHN    :
D. FINNEGAN, JUDITH MAYHEW JONAS,     :
JOSEPH W. PRUEHER, ANN N. REESE,      :
CHARLES O ROSOTTI,                    :
                                      :
            Defendants,               :
                                      :
      and                             :
                                      :
MERRILL LYNCH & CO., INC.,            :
                                      :
            Nominal Defendant.        :
------------------------------------x

    Defendant Merrill Lynch & Co., Inc. states that it is a publicly held company whose shares are traded on the New York Stock Exchange and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
       December 7, 2007

                                        /s/ Jay B. Kasner
                                        Jay B. Kasner
                                        Scott D. Musoff
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Defendant Merrill Lynch &
                                          Co., Inc.