Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, New York 10036
Tel: 212- 735-3000
Fax:  212- 735-2000

*Attorneys for Merrill Lynch & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OPERATIVE PLASTERERS & CEMENT
MASONS LOCAL 262 PENSION AND                 :  07 CV 11085
ANNUITY FUNDS, Derivatively on Behalf of
Nominal Defendant MERRILL LYNCH & CO.,       :
INC.,                                                                         AFFIDAVIT OF SERVICE OF
                                                                           :  NOTICE OF REMOVAL

                Plaintiff,

                                                 :

    -against-
                                                                           :
E. STANLEY O'NEAL, AHMASS L. FAKAHANY,
GREGORY J. FLEMING, JEFFREY N. EDWARDS,   :
CAROL T. CHRIST, ARMANDO D. CODINA,
VIRGIS W. COLBERT, ALBERTO CRIBIORE,       :
JOHN D. FINNEGAN, JUDITH MAYHEW JONAS,
JOSEPH W. PRUEHER, ANN N. REESE,               :
CHARLES O ROSOTTI,
                                                                           :
                Defendants.
                                                                           :
    and
                                                                           :
MERRILL LYNCH & CO., INC.,
                                                                           :
                Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Eloy G. Echeguren, being duly sworn, deposes and says:

1. That deponent is over eighteen years of age, not a party to the action and employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 7th day of December 2007, deponent served a true copy of the

- *Notice of Removal,*
- *Guidelines for Electronic Case Filing,*
- *Procedures for Electronic Case Filing* and
- *3rd Amended Instructions for Filing an Electronic Case or Appeal*

by hand delivery upon:

> The Brualdi Law Firm, P.C.
> Richard B. Brualdi, Esq.
> Gaitri Boodhoo, Esq.
> Ayesha N. Onyekwelu, Esq.
> 29 Broadway, Suite 2400
> New York, NY 10006

_____
Eloy G. Echeguren

Sworn to me before this
7th day of December 2007.

_____
Steven Ray Katzenstein
Notary Public, State of New York
No. 01KA4745340
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 2011

2