THE BRUALDI LAW FIRM, P.C.
Richard Brualdi (RB-1304)
Gaitri Boodhoo (GB-0643)
29 Broadway, Suite 2400
New York, New York 10006
Tel*:* (212) 952-0602
Fax: (212) 952-0608

SAXENA WHITE P.A
Maya Saxena
Joseph E. White III
Christopher S. Jones
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: 561.394.3399
Fax: 561.394.3082
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPERATIVE PLASTERERS & CEMENT MASONS LOCAL 262 PENSION AND ANNUITY FUNDS, Derivatively On Behalf of Nominal Defendant MERRILL LYNCH & CO., INC., | ) **CASE NO. 07-CV-11085** ) ) ) **PLAINTIFF'S NOTICE OF** ) **MOTION TO REMAND** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, JEFFREY N. EDWARDS, CAROL T. CHRIST, ARMANDO D. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O ROSOTTI, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| MERRILL LYNCH & CO., INC., | ) ) |
| Nominal Defendant. | ) |

PLEASE TAKE NOTICE that on February 6, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff will move before the Honorable Leonard B. Sand, United States District Court for the Southern District of New York, for an Order pursuant to 28 U.S.C. § 1447(c) remanding the above-referenced action to the Supreme Court of the State of New York, and for an award of attorney's fees and costs incurred as a result of the removal;

PLEASE TAKE FURTHER NOTICE that plaintiff will rely on the Memorandum of Law in Support submitted herewith; and

PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid, plaintiff will request that the proposed form of Order submitted herewith be entered by the Court.

| | |
|---|---|
| Dated: January 7, 2008 | By: /s/ Richard B. Brualdi<br>Richard Brualdi (RB-1304)<br>Gaitri Boodhoo (GB-0643)<br><br>**THE BRUALDI LAW FIRM, P.C.**<br>29 Broadway, Suite 2400<br>New York, New York 10006<br>Tel: (212) 952-0602<br>Fax: (212) 952-0608<br><br>**SAXENA WHITE P.A**<br>Maya Saxena<br>Joseph E. White III<br>2424 North Federal Highway<br>Suite 257<br>Boca Raton, FL 33431<br>Tel: 561.394.3399<br>Fax: 561.394.3082<br><br>*Attorneys for Plaintiff* |