THE BRUALDI LAW FIRM, P.C.
Richard Brualdi
29 Broadway, Suite 2400
New York, New York 10006
Tel: (212) 952-0602
Fax: (212) 952-0608

SAXENA WHITE P.A
Maya Saxena
Joseph E. White III
Christopher S. Jones
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: 561.394.3399
Fax: 561.394.3082

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS & CEMENT MASONS LOCAL 262 PENSION AND ANNUITY FUNDS, Derivatively On Behalf of Nominal Defendant MERRILL LYNCH & CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, JEFFREY N. EDWARDS, CAROL T. CHRIST, ARMANDO D. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O ROSOTTI, <br><br> Defendants, <br><br> and <br><br> MERRILL LYNCH & CO., INC., <br><br> Nominal Defendant. | **CASE NO. 07-CV-11085** |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

Plaintiff Operative Plasterers & Cement Masons Local 262 Pension and Annuity Funds hereby gives notice that it is withdrawing its motion to remand the above-referenced action to the Supreme Court of the State of New York.

Dated: February 21, 2008               By:____S/_____
                                       Richard Brualdi

                                       **The Brualdi Law Firm, P.C.**
                                       Richard Brualdi
                                       29 Broadway, Suite 2400
                                       New York, New York 10006
                                       Tel: (212) 952-0602
                                       Fax: (212) 952-0608

                                       **SAXENA WHITE P.A**
                                       Maya Saxena
                                       Joseph E. White III
                                       2424 North Federal Highway
                                       Suite 257
                                       Boca Raton, FL 33431
                                       Tel: 561.394.3399
                                       Fax: 561.394.3082

                                       **Attorneys for Plaintiff**